UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 19-cv-3213 (JEB) |
| OFFICE OF MANAGEMENT AND BUDGET et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

**JOINT STATUS REPORT**

1. Plaintiff American Oversight initiated this action under the Freedom of Information Act (FOIA) against Defendants Office of Management and Budget (OMB) and Department of Defense (DOD). According to the complaint, Plaintiff's FOIA requests seek, broadly speaking, any directives, guidance, and memoranda that concern the withholding of assistance to Ukraine and email communications sent by specified officials containing key terms related to matters that are the subject of Congress's ongoing impeachment inquiry. *See* Am. Compl., ECF No. 4. The requests seek responsive records from February 1, 2019, through the date the agencies conduct their searches. *Id*.

2. Pursuant to the Court's December 2, 2019, and December 6, 2019 Minute Orders, the parties met and conferred regarding a search and production schedule and submitted a Joint Status Report on December 9, 2019, memorializing their agreement. *See* ECF 9. The parties agreed on a priority production schedule for DOD. *See id.* ¶¶ 2–4. With respect to OMB, the parties agreed that "OMB will conduct the search [on American Oversight's priority request] and provide American Oversight with a rough count of potentially responsive documents by

1

December 11, 2019." *Id.* ¶ 8. The parties further agreed to "file a further Joint Status Report on December 16, 2019, outlining an agreed-upon production schedule [for OMB] . . . or proposing competing schedules . . . ." *Id.*

3. Pursuant to the parties' agreement and the Court's December 6, 2019 Minute Order, the parties respectfully submit this Joint Status Report reporting the results of OMB's search and memorializing the parties' agreed-upon production schedule for Plaintiff's priority request to OMB.

*Results of OMB Search*

4. On December 11, 2019, OMB completed a search for Plaintiff's priority request based on the parameters set forth in the parties' December 9, 2019 Joint Status Report. *See id.* ¶¶ 6–7.

5. OMB's search resulted in 1,081 potentially responsive documents.

6. OMB reported this rough count to Plaintiff on December 11, 2019, and explained that, because the agency has yet to fully de-duplicate the documents or conduct an initial review for responsiveness, the number of responsive records is likely to be lower.

*OMB Production Schedule*

7. The parties have reached agreement on an expedited production schedule for American Oversight's priority request to OMB.

8. OMB agrees to process and produce the non-exempt portions of the 1,081 potentially responsive documents by January 21, 2020—a rate triple the agency's standard processing speed.

9. The parties have further agreed that OMB may exclude from processing any documents that are produced to other requesters prior to January 21, 2020, provided that OMB gives American Oversight access to these productions.

Dated: December 16, 2019                                   Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

 */s/ Grace X. Zhou*
GRACE X. ZHOU
Trial Attorney (NY Bar No. 5623681)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 616-8267
Email: grace.x.zhou@usdoj.gov

*Counsel for Defendants*